# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153986(24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCO DEMARIO MARTIN,
      Defendant-Appellant.

SC: 153986
COA: 331011
Wayne CC: 11-012737-FC

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted for filing if submitted on or before December 5, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017



Clerk